**Fill in this information to identify the case and this filing:**

Debtor Name _SIGNET CAPITAL PARTNERS, LLC_

United States Bankruptcy Court for the: _____  District of _UTAH_
(State)

Case number (*if known*): _19-26429_

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8-30-19_       **✗** _____
MM / DD / YYYY            Signature of individual signing on behalf of debtor

KENT A. HOGGAN
Printed name

MANAGER
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name  SIGNET CAPITAL PARTNERS, LLC

United States Bankruptcy Court for the: _____ District of UTAH
(State)

Case number (If known):  19-26429

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. **Cash on hand**

$_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____ $_____
4.2. _____ $_____

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$_____

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____ $_____
7.2. _____ $_____

Debtor ___SIGNET CAPITAL PARTNERS, LLC_____ Case number (if known)__19-26429_____
  Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                           $_____

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**
☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = .......➔  $_____
face amount              doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = .......➔  $_____
face amount              doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $_____

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**
☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method used for current value | Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

14.1._____ _____ $_____

14.2._____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____ _____%  _____ $_____

15.2._____ _____%  _____ $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

16.1._____ _____ $_____

16.2._____ _____ $_____

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.                          $_____

---

Debtor   **SIGNET CAPITAL PARTNERS, LLC**
Name

Case number *(if known)*   19-26429

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    SIGNET CAPITAL PARTNERS, LLC
         Name

Case number (if known)  19-26429

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor      SIGNET CAPITAL PARTNERS, LLC
          _____
                 Name

Case number (if known)____19-26429_____

---

**Part 8:** Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. Aircraft and accessories

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. Total of Part 8.
    Add lines 47 through 50. Copy the total to line 87.

$_____

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☐ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

---

Debtor    SIGNET CAPITAL PARTNERS, LLC _____    Case number (if known) 19-26429 _____
_____Name_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    SIGNET CAPITAL PARTNERS, LLC    Case number (if known) 19-26429
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____    _____ − _____ = → $_____
                              Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____    Tax year _____    $_____
   _____    Tax year _____    $_____
   _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

   _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   See attached Exhibit A/B-1    $113,000.00
   Nature of claim    _____
   Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____    $_____
   Nature of claim    _____
   Amount requested    $_____

76. **Trusts, equitable or future interests in property**

   _____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   see attached Exhibit A/B-1    $61,000,000
                                 $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.    $61,113,000

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

Debtor    SIGNET CAPITAL PARTNERS, LLC
_____
Name

Case number (if known)  19-26429

---

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $61,113,000 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $61,113,000 + 91b. | $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................ $61,113,000

SIGNET CAPITAL PARTNERS, LLC
CHAPTER 11 PETITION
CASE NO. 19-26429

FORM 206 SCHEDULE A/B ASSETS—REAL AND PERSONAL PROPERTY

EXHIBIT A/B-1

Part 11:  All Other Assets:

Question 74 Causes of Action against third parties (whether or not a lawsuit has been filed:

1.  Legal Claims against Vicky R. Jones, Trustee of the Vicky R. Jones Survivor's Trust UAD February 25, 2016; Bryan L. Jones, Trustee of the Bryan L. Jones GST Trust; Jeneal Harshman, Trustee of the Jeneal Harshman GST Trust, LeAnna Jones, Trustee of the LeAnna Jones GST Trust, and Bryan L. Jones, Jeneal Harshman and LeAnna Jones, individually (collectively the "Jones Family" or "Seller") for breach of Real Estate Purchase Contract dated April 24, 2018 (the "REPC") for approximately 845 acres of agricultural land (Tax Parcel No's 26.03.100.005 and 26.03.200.004, the "Land') in West Jordan, Utah, between Signet Capital Partners, LLC as Buyer, and Vicky R. Jones, Trustee of the Vicky R. Jones Survivor's Trust UAD February 25, 2016; Bryan L. Jones, Trustee of the Bryan L. Jones GST Trust; Jeneal Harshman, Trustee of the Jeneal Harshman GST Trust, LeAnna Jones, Trustee of the LeAnna Jones GST Trust, and Bryan L. Jones, Jeneal Harshman and LeAnna Jones, individually (collectively the "Jones Family" or "Seller"), and associated legal and equitable claims (unjust enrichment, violation of covenant of good faith and fair dealing, specific enforcement).

Amount Requested:  Specific Performance, or in the alternative, for damages in an amount to be proven at trial, but not less than $35,000,000.

**NOTE:  THESE CLAIMS ARE ALTERNATIVE CLAIMS OF THE DEBTOR TO SPECIFICALLY PERFORM UNDER THE PARTIES' REPC LISTED AS ITEM 1 ON SCHEDULE G.  DEBTOR'S ANTICIPATED REORGANIZATION PLAN INVOLVES CLOSING ON THE REPC, IN WHICH EVENT, THIS ALTERNATIVE CLAIM WOULD BE REDUCED OR ELIMINATED.  DEBTOR'S REPC RELATED RIGHTS ARE LISTED IN FORM 206 SCHEDULE A/B, QUESTION 77.**

**NOTE:  BECAUSE THESE ARE ALTERNATIVE CLAIMS TO THE REPC RIGHTS LISTED IN QUESTION 77, THE AMOUNT LISTED HERE IS $0, SO AS TO NOT BE DUPLICATIVE AND TO NOT OVERSTATE ASSETS.**

2.  Legal Claims against Vicky R. Jones, Trustee of the Vicky R. Jones Survivor's Trust UAD February 25, 2016; Bryan L. Jones, Trustee of the Bryan L. Jones GST Trust; Jeneal Harshman, Trustee of the Jeneal Harshman GST Trust, LeAnna Jones, Trustee

of the LeAnna Jones GST Trust, and Bryan L. Jones, Jeneal Harshman and LeAnna
Jones, individually (collectively the "Jones Family") for violation of
Consulting/Expense Reimbursement Agreement.

Amount Requested: $113,000

SIGNET CAPITAL PARTNERS, LLC
CHAPTER 11 PETITION
CASE NO. 19-26429

FORM 206 SCHEDULE A/B ASSETS—REAL AND PERSONAL PROPERTY

EXHIBIT A/B-1

Part 11:  All Other Assets:

Question 77 Causes of Action against third parties (whether or not a lawsuit has been filed:

1.  Contract Rights to Purchase Land Under Real Estate Purchase Contract dated April 24, 2018 (the "REPC") for approximately 845 acres of agricultural land (Tax Parcel No's 26.03.100.005 and 26.03.200.004, the "Land') in West Jordan, Utah, between Signet Capital Partners, LLC as Buyer, and Vicky R. Jones, Trustee of the Vicky R. Jones Survivor's Trust UAD February 25, 2016; Bryan L. Jones, Trustee of the Bryan L. Jones GST Trust; Jeneal Harshman, Trustee of the Jeneal Harshman GST Trust, LeAnna Jones, Trustee of the LeAnna Jones GST Trust, and Bryan L. Jones, Jeneal Harshman and LeAnna Jones, individually (collectively the "Jones Family" or "Seller").

        The value of $35,000,000 listed is the value of the land of $61,000,000 after immediately available approvals are obtained over the purchase price in the REPC of $26,000,000.  The $26,000,000 purchase price is listed as a creditor claim on Schedule EF to the Jones Family.

**Fill in this information to identify the case:**

Debtor name  SIGNET CAPITAL PARTNERS, LLC

United States Bankruptcy Court for the: _____ District of UTAH
(State)

Case number (If known):  19-26429

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
JORDAN OIL, LLC

**Describe debtor's property that is subject to a lien**
SEE ATTACHED EXHIBIT D-1      $2,000,000   $EST>$35M

Creditor's mailing address
1111 YELLOWSTONE
POCATELLO, ID 83201

**Describe the lien**
SECURITY INTEREST

Creditor's email address, if known
garyclark@cableone.net

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
SEE ATTACHED EXHIBIT D-1

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

**Describe debtor's property that is subject to a lien**
_____   $_____   $_____

Creditor's mailing address
_____

**Describe the lien**
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $2,000,000

Debtor   <u>SIGNET CAPITAL PARTNERS, LLC</u>
Name

Case number (if known) <u>19-26429</u>

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| DANIEL J. TORKELSON | | |
| COHNE KINGHORN | | |
| 111 EAST BROADWAY, 11TH FLOOR | Line 2. __ | __ __ __ __ |
| SALT LAKE CITY, UTAH 84111 | | |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D          Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property          page <u>2</u> of <u>2</u>

SIGNET CAPITAL PARTNERS, LLC
CHAPTER 11 PETITION
CASE NO. 19-26429

EXHIBIT D-1 TO FORM 206D:  SCHEDULE D:  CREDITORS WHO HAVE CLAIMS
SECURED BY PROPERTY.

Part 1:  List Creditors Who Have Secured Claims:

2.  List in alphabetical order all creditors who have secured claims.  If a creditor has
more than one secured claim, list the creditor separately for each claim.

2.1 Creditor's Name:

Jordan Oil, LLC
1111 Yellowstone
Pocotello, ID  83201

Describe debtor's property that is subject to a lien:

Debtor Property Item 1.  100% membership interest in Signet Capital
Partners, LLC.

Debtor Property Item 2.  Any and all rights of the Debtor, Signet Capital
Partners, LLC, as Buyer, under and pursuant to that certain Real Estate
Purchase Contract dated April 24, 2018 (the "REPC") for approximately
845 acres of agricultural land (Tax Parcel No's 26.03.100.005 and
26.03.200.004, the "Land') in West Jordan, Utah, between Signet Capital
Partners, LLC as Buyer, and Vicky R. Jones, Trustee of the Vicky R. Jones
Survivor's Trust UAD February 25, 2016; Bryan L. Jones, Trustee of the
Bryan L. Jones GST Trust; Jeneal Harshman, Trustee of the Jeneal
Harshman GST Trust, LeAnna Jones, Trustee of the LeAnna Jones GST
Trust, and Bryan L. Jones, Jeneal Harshman and LeAnna Jones,
individually (collectively the "Jones Family" or "Seller").

Also, all of Signet Capital Partners, LLC's right, title and interest in all
permits, contracts, licenses, and related rights and benefits associated
with the development and use of said Land, including construction
contracts, architectural contracts, rights to plans and specifications for
construction, and governmental permits relating to the construction of
improvements of the Land, or occupancy or use of said Land.

Creditor's email address:  c/o Gary Clark:  garyclark@cableone.net

Date Debt was incurred:  ^^

Do Multiple creditors have an interest in the same property?  Yes.

Names:

As to collateral item 1 above:

Kent A. Hoggan
3799 East Catamount Ridge Way
Sandy, Utah  84092

**Fill in this information to identify the case:**

Debtor SIGNET CAPITAL PARTNERS, LLC

United States Bankruptcy Court for the: _____ District of UTAH
                   (State)

Case number 19-26429
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $ | $ |

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor __SIGNET CAPITAL PARTNERS, LLC__   Case number *(if known)* __19-26429__
     Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

O AND D INVESTMENTS, LLC

5911 S. FASHION BLVD, STE 200

SALT LAKE CITY, UTAH 84107

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$2,000,000

Basis for the claim: INDEMNIFICATION AGREEMENT

Date or dates debt was incurred   FEB/18-AUG/19

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

**3.2** Nonpriority creditor's name and mailing address

SURETY LAND DEVELOPMENT, LLC

14528 S. STONE FLY CIRCLE

BLUFFDALE, UTAH 84065

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$2,000,000

Basis for the claim: INDEMNIFICATION AGREEMENT

Date or dates debt was incurred   FEB/18-AUG/19

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

**3.3** Nonpriority creditor's name and mailing address

PSOMAS

P.O. BOX 51463

LOS ANGELES, CA 90051-5763

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$67,886.78

Basis for the claim: CONTRACT SERVICES

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

KENT A. HOGGAN

3799 E. CATAMOUNT RIDGE WAY

SANDY, UTAH 84092

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$345,843.74

Basis for the claim: CONTRACT SERVICES

Date or dates debt was incurred   FEB/18-AUG/19

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

HALES ENGINEERING

2364 N. 1450 E.

LEHI, UTAH 84043

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$11,340.00

Basis for the claim: CONTRACT SERVICES

Date or dates debt was incurred   FEB/18-AUG/19

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

JONES FAMILY-ATTN:BRYAN JONES

81654 S. JUNIPER CANYON ROAD

HELIX, OR 97835

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$26,000,000

Basis for the claim: REPC-see Exhibit A/B,Question 77

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor __SIGNET CAPITAL PARTNERS, LLC__  Case number *(if known)* __19-26429__
　　　　Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** NONE | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| **4.2.** | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| **4.3.** | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| **4.4.** | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| **41.** | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| **4.5.** | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| **4.6.** | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| **4.7.** | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| **4.8.** | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| **4.9.** | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| **4.10.** | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| **4.11.** | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |

Debtor   SIGNET CAPITAL PARTNERS, LLC
         Name                                    Case number (if known)  19-26429

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a. **Total claims from Part 1**  5a.  $ _____0_____

5b. **Total claims from Part 2**  5b. **+** $30,425,070.40

5c. **Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.  5c.  $30,425,070.40

| Fill in this information to identify the case: |
| --- |
| Debtor name __SIGNET CAPITAL PARTNERS, LLC__ |
| United States Bankruptcy Court for the: _____ District of __UTAH__ |
| (State) |
| Case number (If known): __19-26429__    Chapter ____ |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE PURCHASE CONTRACT FOR OQUIRRH MOUNTAIN RESORT PROJECT LAND, BUYER'S INTEREST (SEE ATTACHMENT G-1) | SEE ATTACHMENT G-1 |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

SIGNET CAPITAL PARTNERS, LLC
CHAPTER 11 PETITION
CASE NO. _19-26429_____

FORM 206G EXECUTORY CONTRACTS AND UNEXPIRED LEASES

ATTACHMENT G-1

Item 2.1 Executory Contract:

>  State what the contract or lease is for and the nature of the debtor's interest:

>>  Debtor is the Buyer under that certain Real Estate Purchase Agreement dated April 24, 2018 (the "REPC") for approximately 845 acres of agricultural land (Tax Parcel No's 26.03.100.005 and 26.03.200.004, the "Land') in West Jordan, Utah, between Signet Capital Partners, LLC as Buyer, and Vicky R. Jones, Trustee of the Vicky R. Jones Survivor's Trust UAD February 25, 2016; Bryan L. Jones, Trustee of the Bryan L. Jones GST Trust; Jeneal Harshman, Trustee of the Jeneal Harshman GST Trust, LeAnna Jones, Trustee of the LeAnna Jones GST Trust, and Bryan L. Jones, Jeneal Harshman and LeAnna Jones, individually (collectively the "Jones Family" or "Seller").

>>  Debtor is obligated to pay the purchase price for the property and will do so through Debtor's Reorganization Plan.

>>  Also, all of Debtor's right, title and interest in all permits, contracts, licenses, and related rights and benefits associated with the development and use of said Land, including construction contracts, architectural contracts, rights to plans and specifications for construction, and governmental permits relating to the construction of improvements of the Land, or occupancy or use of said Land.

>  State the term remaining:  Until September 15, 2019.
>  List the contract number of any government contract:  N.A.
>  State the name and mailing address for all other parties with whom the debtor has an executory contract:

>>  Sellers, The Jones Family
>>  c/o Brian Jones
>>  81654 South Juniper Canyon Road
>>  Helix, Oregon 97835
>>  541-454-2662

>>  and also:

Kyle V. Leishman
Jones Waldo
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101

**Fill in this information to identify the case:**

Debtor name __SIGNET CAPITAL PARTNERS, LLC__

United States Bankruptcy Court for the:_____ District of __UTAH__
(State)

Case number (If known): __19-26429__

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | KENT A. HOGGAN | 3799 E. Catamount Ridge Way | Jordan Oil, LLC | ☒ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | Sandy,    Utah    84092 | | |
| | | City    State    ZIP Code | | |
| 2.2 | O AND D INVESTMENTS, LLC | | Jordan Oil, LLC | ☒ D |
| | | Street | | ☐ E/F |
| | | 5911 S. Fashion Blvd. Ste 200 | | ☐ G |
| | | Salt Lake City, Utah    84107 | | |
| | | City    State    ZIP Code | | |
| 2.3 | SURETY LAND DEVELOPMENT, LLC | | Jordan Oil, LLC | ☒ D |
| | | Street | | ☐ E/F |
| | | 14528 S. Stone Fly Circle | | ☐ G |
| | | Bluffdale,    Utah    84065 | | |
| | | City    State    ZIP Code | | |
| 2.4 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    ZIP Code | | |
| 2.5 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    ZIP Code | | |
| 2.6 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    ZIP Code | | |

Debtor _____   Case number *(if known)*_____
         Name

██ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

2.___  _____   Street _____   _____   ❑ D
                          _____                      ❑ E/F
                          City      State   ZIP Code                    ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                      ❑ E/F
                          City      State   ZIP Code                    ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                      ❑ E/F
                          City      State   ZIP Code                    ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                      ❑ E/F
                          City      State   ZIP Code                    ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                      ❑ E/F
                          City      State   ZIP Code                    ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                      ❑ E/F
                          City      State   ZIP Code                    ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                      ❑ E/F
                          City      State   ZIP Code                    ❑ G

2.___  _____   Street _____   _____   ❑ D
                          _____                      ❑ E/F
                          City      State   ZIP Code                    ❑ G

**Fill in this information to identify the case:**

Debtor name   SIGNET CAPITAL PARTNERS, LLC

United States Bankruptcy Court for the: _____ District of  UTAH
(State)

Case number (If known):   19-26429

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jones Family 81654 S. Juniper Canyon Rd. Helix, OR 97835 | Bryan Jones bkjones@helixtel.com | REPC-see EX A/B, Ques 77 | Contingent, Unliquidated | | | $26,000,000 |
| 2 | O and D Investments, LLC 5911 S. Fashion Blvd, Suite 200 Salt Lake City, Utah 84107 | Owen Kenney, Manager 573-469-1302 vitalitynh@mail.com | Indemnification | Contingent, Unliquidated | | | $2,000,000 |
| 3 | Surety Land Development, LLC 14528 S. Stone Fly Circle Bluffdale, Utah 84065 | David Cowan, Manager 801-943-7400 dcowan19@msn.com | Indemnification | Contingent, Unliquidated | | | $2,000,000 |
| 4 | Kent A. Hoggan 3799 E. Catamount Ridge Way Sandy, Utah 84092 | Kent A. Hoggan, Manager 801-706-5155 kenthoggan@yahoo.com | Contract Services | Contingent, Unliquidated | | | $345,843.74 |
| 5 | Psomas P.O. Box 51463 Los Angeles, CA 90051-5763 | Jeramy Cochran 801-284-1324 jcochran@psomas.com | Contract Services | Contingent, Unliquidated | | | $67,886.78 |
| 6 | Hales Engineering 2364 N. 1450 E. Lehi, Utah 84043 | Representative 801-766-4343 | Contract Services | Contingent, Unliquidated | | | $11,340.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name  SIGNET CAPITAL PARTNERS, LLC

United States Bankruptcy Court for the: _____ District of  UTAH
(State)

Case number (If known):  19-26429

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................

    $ 0

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................

    $ 61,113,000

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................

    $ 61,113,000

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.............................................

    $ 2,000,000

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................

    $ 0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................................

    + $ 30,425,000

4. **Total liabilities**..........................................................................................................
    Lines 2 + 3a + 3b

    $ 32,425,000